1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793

**FILED**

SEP 26 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:05 - MJ - 0268   CMK

UNITED STATES OF AMERICA,       ) CR. No.
                                )
         Plaintiff,             ) APPLICATION AND ORDER
                                ) FOR WRIT OF HABEAS CORPUS
    v.                          ) AD PROSEQUENDUM
                                )
MONEES AHMAD ANSARI,            )
                                )
         Defendant.             )
_____)

   COMES NOW the United States of America by the United States Attorney and represents and shows:

   That there is now detained in Shasta County Jail, 1655 West Street, Redding, California, 96001, in the custody of the Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and entry of plea, and that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and U.S. Courthouse, 501 "I" Street, 8th Floor, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Sheriff or Jailor

1

to produce the defendant in court forthwith, and at such other dates as may be necessary in order to procure the defendant's presence to enter a plea and all other proceedings incident thereto.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to the Sheriff or Jailor, commanding him to have and produce the above-named defendant in the United States District Court forthwith, and then and there to present the defendant before the Court and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant to return defendant to the custody of the Sheriff or Jailor.

DATED:

McGREGOR W. SCOTT
United States Attorney

BY: /s/
MATTHEW C. STEGMAN
Assistant U.S. Attorney

## O R D E R

Upon reading and filing the foregoing application in that behalf;

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

DATED: 9-23-05

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE